**Opinion issued November 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00455-CV

———————————

# IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, State Farm Mutual Automobile Insurance Company, has filed a petition for writ of mandamus, seeking to have this Court vacate the respondent district court's order which denied a plea in abatement.[1]

---

[1] The underlying case is *Giselle Fuller, Individually, and as Next Friend of A.S. and S.S., minors, Joseph Siller and Egla Fuller v. Fredis Leonel Ruiz Nataren and State Farm Automobile Insurance Company*, cause number 2019-14015, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.

We **deny** relator's petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.